**[APPEARANCES LISTED ON SIGNATURE PAGES]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJI PHOTO FILM CO., LTD., and FUJI PHOTO FILM U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXAR MEDIA, INC., <br><br> Defendant. | Case No. C-06-01571 MJJ <br><br> **STIPULATION TO CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |

# **STIPULATION TO CASE SCHEDULE**

Pursuant to the Civil Minutes entered August 15, 2006 (Docket No. 12), counsel for Fuji Photo Film Co., Ltd., and Fuji Photo Film U.S.A., Inc. (collectively, "Fuji") and Lexar Media, Inc. ("Lexar") have met and conferred and agree to the following case schedule:

| Event | Proposed Date |
|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions | 8/29/06 |
| Preliminary Invalidity Contentions | 10/13/06 |
| Parties Exchange List of Claim Terms to be Construed | 10/24/06 |
| Parties Exchange Proposed Constructions of Terms to be Construed | 11/14/06 |
| Joint Claim Construction & Prehearing Statement | 12/15/06 |
| End of Discovery Relating to Claim Construction | 1/17/07 |
| Plaintiffs to Serve Claim Construction Brief | 2/8/07 |
| Defendant to Serve Claim Construction Brief | 2/22/07 |
| Plaintiffs to Serve Reply Claim Construction Brief | 3/1/07 |
| Technology Tutorial | 3/29/07 @ 2:30 pm |
| Markman Hearing | 3/30/07 @ 2:30 pm |
| Further Case Management Conference | within 30 days after entry of claim construction decision |

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for Fuji concurs in the filing of this Stipulation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 18, 2006 | /s/ Christopher J. Cox |
| | | Matthew D. Powers (Bar No. 104795) |
| 3 | | matthew.powers@weil.com |
| | | Steven Cherensky (Bar No. 168275) |
| 4 | | steven.cherensky@weil.com |
| | | Christopher J. Cox (Bar No. 151650) |
| 5 | | chris.cox@weil.com |
| | | WEIL, GOTSHAL & MANGES LLP |
| 6 | | Silicon Valley Office |
| | | 201 Redwood Shores Parkway |
| 7 | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 802-3000 |
| 8 | | Facsimile: (650) 802-3100 |

Anita E. Kadala
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for LEXAR MEDIA, INC.

Dated: August 18, 2006                              /s/
Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000

Robert C. Scheinfeld
Jeffrey D. Sullivan
Eliot D. Williams
Baker Botts L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
*Admitted Pro Hac Vice*

Attorneys for FUJI PHOTO FILM CO., LTD.
and FUJI PHOTO FILM U.S.A., INC.

**SUPPORTING DECLARATION OF CHRISTOPHER J. COX**

I, Christopher J. Cox, declare:

1. I am a member of the State Bar of California and a partner with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Lexar Media, Inc. in this case. The facts stated herein are true and correct and are based on my own personal knowledge, and if called upon as a witness, I could competently testify to them.

2. The factual representations made in the above Stipulation are true. Pursuant to the Civil Minutes entered August 15, 2006, the parties have met and conferred and agree to the schedule in this case.

3. A case schedule has not been set in this action, and, accordingly, there have been no prior modifications to the case schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2006 at Redwood Shores, California.

/s/ *Christopher J. Cox*
Christopher J. Cox

1  **[PROPOSED] ORDER**

2   The Stipulation To Case Schedule is hereby adopted by the Court as the Case
3  Management Order for the case, and the parties are ordered to comply with this Order.
4   IT IS SO ORDERED.

5  Dated: August 22, 2006        _____
                                  The Honorable Martin J. Jenkins
6                                 United States District Court Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP TO CASE SCHEDULE; SUPP DEC; ~~PROP~~ ORDER
SV1:\254066\03\5g1#03!.DOC\59204.0012                                    Case No. C 06 01571