| | |
|---|---|
| 1 | Matt Gonzalez (153486) |
| | G. Whitney Leigh (153457) |
| 2 | Eumi K. Lee (209481) |
| | GONZALEZ & LEIGH, LLP |
| 3 | Two Shaw Alley, Third Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 512-2000 |
| | Facsimile: (415) 512-2001 |
| 5 | |
| 6 | Robert C. Scheinfeld |
| | Jeffrey D. Sullivan |
| 7 | Eliot D. Williams |
| | Eric J. Faragi |
| 8 | BAKER BOTTS L.L.P. |
| | 30 Rockefeller Plaza, 44th Floor |
| 9 | New York, New York 10112-4498 |
| | Telephone: (212) 408-2500 |
| 10 | Facsimile: (212) 408-2501 |
| | *Admitted Pro Hac Vice* |
| 11 | |
| | *Attorneys For Plaintiffs* |
| 12 | FUJI PHOTO FILM CO., LTD. and |
| | FUJI PHOTO FILM U.S.A., INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJI PHOTO FILM CO., LTD. and FUJI PHOTO FILM U.S.A., INC., | Case No. C-06-01571 MJJ |
| Plaintiffs-Counterdefendants, | [PROPOSED] ORDER CONFIRMING ADMISSION OF ATTORNEYS *PRO HAC VICE* |
| v. | |
| LEXAR MEDIA, INC., | |
| Defendant-Counterclaimant. | |

Pursuant to the Court's instructions at the Case Management Conference on August 15, 2006, counsel for Fuji Photo Film Co., Ltd., and Fuji Photo Film U.S.A., Inc. (collectively, "Fuji") include a proposed order confirming the *pro hac vice* admission of Robert C. Scheinfeld, Jeffrey D. Sullivan, Eliot D. Williams, and Eric J. Faragi from Case No. C 03-00355 MJJ (*Lexar*

1  *Media, Inc. v. Fuji Photo Film, U.S.A., Inc. et al.*) extends to this Related case.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **[PROPOSED] ORDER**

2  The Court having determined that Case Nos. C 06-01571 MJJ (*Fuji Photo Film

3  Co., Ltd. et al. v. Lexar Media, Inc.*) and C 00-04770 MJJ (*Lexar Media v. Pretec Electronics

4  Corp. et al.*) are Related under Civil L.R. 3-12 by Order of March 31, 2006, and having

5  previously determined that Case Nos. C 00-04770 MJJ (*Lexar Media v. Pretec Electronics Corp.*

6  *et al.*) and C 03-00355 MJJ (*Lexar Media, Inc. v. Fuji Photo Film, U.S.A., Inc. et al.*) were

7  Related under Civil L.R. 3-12 by Order of May 7, 2003, IT IS HEREBY ORDERED THAT the

8  *pro hac vice* admission of Robert C. Scheinfeld, Jeffrey D. Sullivan, Eliot D. Williams, and Eric

9  J. Faragi, granted in Case No. C 03-0355 MJJ (*Lexar Media, Inc. v. Fuji Photo Film, U.S.A., Inc.*

10  *et al.*), extends to this Related case, subject to the terms and conditions of Civil L.R. 11-3. All

11  papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and

12  communication with co-counsel designated above will constitute notice to the party. All future

13  filings in this action are subject to the requirements contained in General Order No. 45, *Electronic*

14  *Case Filing*.

15

16  Dated: August 22, 2006

17  The Honorable Martin J. Jenkins
    United States District Court Judge