| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | Email: matthew.powers@weil.com |
| 2 | STEVEN CHERENSKY (Bar No. 104795) |
| | Email: steven.cherensky@weil.com |
| 3 | CHRISTOPHER J. COX |
| | Email: chris.cox@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 7 | |
| 8 | ANITA E. KADALA |
| | Email: anita.kadala@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| 9 | Houston Office |
| | 700 Louisiana, Suite 1600 |
| 10 | Houston, Texas 77002 |
| | Telephone: (713) 546-5000 |
| 11 | Facsimile: (713) 224-9511 |
| 12 | Attorneys for Defendant |
| | LEXAR MEDIA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJI PHOTO FILM CO., LTD. and FUJI PHOTO FILM U.S.A., INC., | Case No. C-06-01571 MJJ |
| Plaintiffs-Counterdefendants, | [PROPOSED] **ORDER CONFIRMING ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| v. | |
| LEXAR MEDIA, INC., | |
| Defendant-Counterplaintiff. | |

Pursuant to the Court's instructions at the Case Management Conference on August 15, 2006, counsel for Lexar Media, Inc. submits a proposed order to confirm that the *pro hace vice* admission of Anita E. Kadala from Case No. C 03-00355 MJJ (*Lexar Media, Inc. v. Fuji Photo Film U.S.A., Inc.*) extends to this Related Case.

//

[PROPOSED] ORDER CONFIRMING KADALA ADMISSION
PRO HAC VICE
SV1:\255374\01\5h1q01!.DOC\59204.0012

**[PROPOSED] ORDER**

The Court, having determined that Case Nos. C 06-01571 MJJ (*Fuji Photo Film Co., Ltd., et al. v. Lexar Media, Inc.*) and C 00-04770 MJJ (*Lexar Media v. Pretec Electronics Corp., et al.*) are Related under Civil L.R. 3-12 by Order of March 31, 2006, and having previously determined that Case Nos. C 00-04770 MJJ (*Lexar Media v. Pretec Electronics Corp., et al.*) and C 03-00355 MJJ (*Lexar Media, Inc. v. Fuji Photo Film U.S.A., Inc.*) were Related under Civil L.R. 3-12 by Order of May 7, 2003,

IT IS HEREBY ORDERED THAT the *pro hac vice* admission of Anita E. Kadala granted in Case No. C 03-0355 MJJ (*Lexar Media, Inc. v. Fuji Photo Film U.S.A., Inc.*) extends to this Related Case, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated above will constitute notice to the parties. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 9/19, 2006

_____
The Honorable Martin J. Jenkins
United States District Judge

[PROPOSED] ORDER CONFIRMING KADALA ADMISSION
PRO HAC VICE
SV1:\255374\01\5h1q01!.DOC\59204.0012

2