1  **[APPEARANCES LISTED ON SIGNATURE PAGES]**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJI PHOTO FILM CO., LTD., and FUJI PHOTO FILM U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXAR MEDIA, INC., <br><br> Defendant. | Case No. 06-CV-01571 MJJ <br><br> **STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |

## STIPULATION TO EXTENSION OF CASE SCHEDULE

The parties have met and conferred and agree that a short extension of time will be needed. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the August 22, 2006 Scheduling Order be modified as follows.

| Event | Date Set By 8/22/06 Scheduling Order | Proposed Date |
|---|---|---|
| Preliminary Invalidity Contentions | 10/13/06 | 10/27/06 |
| Parties Exchange List of Claim Terms to be Construed | 10/24/06 | 11/10/06 |
| Parties Exchange Proposed Constructions of Terms to be Construed | 11/14/06 | 11/21/06 |

The remaining dates in the August 22, 2006 Scheduling Order shall remain in effect.

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for Fuji concurs in the filing of this Stipulation.

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; D ORDER

CASE NO. 06-CV-01571 MJJ

| | | |
|---|---|---|
| Dated: September 22, 2006 | | */s/ Steven Cherensky* |

Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for LEXAR MEDIA, INC.

Dated: September 22, 2006                    /s/

Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000

Robert C. Scheinfeld
Jeffrey D. Sullivan
Eliot D. Williams
Baker Botts L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
*Admitted Pro Hac Vice*

Attorneys for FUJI PHOTO FILM CO., LTD.
and FUJI PHOTO FILM U.S.A., INC.

STIPULATED EXTENSION OF CASE SCHEDULE;
SUPPORTING DECLARATION; ORDER      2                CASE NO. 06-CV-01571 MJJ

**SUPPORTING DECLARATION OF STEVEN S. CHERENSKY**

I, Steven Cherensky, declare:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree to an extension in the case schedule.

3. There have not been any prior modifications to the Court's August 22, 2006 Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2006 at Redwood Shores, California.

/s/ *Steven Cherensky*
Steven Cherensky

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; ORDER

CASE NO. 06-CV-01571 MJJ

**[PROPOSED] ORDER**

The Stipulation To Case Schedule is hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

IT IS SO ORDERED.

Dated: September 25, 2006

_____
The Honorable Martin J. Jenkins
United States District Court Judge

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER

CASE NO. 06-CV-01571 MJJ