**[APPEARANCES LISTED ON SIGNATURE PAGES]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJI PHOTO FILM CO., LTD., and FUJI PHOTO FILM U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXAR MEDIA, INC., <br><br> Defendant. | Case No. C-06-01571 MJJ <br><br> **STIPULATION TO CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |

### STIPULATION TO CASE SCHEDULE

The parties have met and conferred and agree that a short extension of time will be needed. Accordingly, the parties hereby stipulate that, with the Court's permission, the schedule in this case be modified as follows:

| Event | August 22, 2006 and September 25, 2006 Scheduling Orders | Proposed Date |
|---|---|---|
| Preliminary Invalidity Contentions | 10/27/06 | 11/22/06 |
| Parties Exchange List of Claim Terms to be Construed | 11/10/06 | 12/8/06 |
| Parties Exchange Proposed Constructions of Terms to be Construed | 11/21/06 | 12/21/06 |
| Joint Claim Construction & Prehearing Statement | 12/15/06 | 1/12/07 |
| End of Discovery Relating to Claim Construction | 1/17/07 | 1/26/07 |
| Plaintiffs to Serve Claim Construction Brief | 2/8/07 | Unchanged |
| Defendant to Serve Claim Construction Brief | 2/22/07 | Unchanged |
| Plaintiffs to Serve Reply Claim Construction Brief | 3/1/07 | Unchanged |
| Technology Tutorial | 3/29/07 at 3:30 pm | Unchanged |
| Markman Hearing | 3/30/07 at 2:30 pm | Unchanged |
| Further Case Management Conference | within 30 days after entry of claim construction decision | Unchanged |

By his signature below, counsel for Lexar attests under penalty of perjury that

counsel for Fuji concurs in the filing of this Stipulation.

Dated:  October 19, 2006                                    /s/ Steven Cherensky

Matthew D. Powers (Bar No. 104795)
E-Mail: matthew.powers@weil.com
Steven S. Cherensky (Bar No. 168275)
E-Mail:  steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
Email:  chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala
Email:  anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Admitted *Pro Hac Vice*

Jonathan M. James
Email: jjames@perkinscoie.com
PERKINS COIE LLP
2901 North Central Ave.
Phoenix, AZ 85001-0400
Telephone: (602) 351-8000
Facsimile: (602) 351-7000

Stefani E. Shanberg
Email: sshanberg@perkinscoie.com
Dieter H. Hellmoldt
Email: dhellmoldt@perkinscoie.com
Lila I. Bailey
Email: lbailey@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Ctr., Ste. 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for LEXAR MEDIA, INC.

1

2  Dated:  October 19, 2006                          /s/
3                                          Matt Gonzalez (153486)
                                           G. Whitney Leigh (153457)
4                                          Eumi K. Lee (209481)
                                           GONZALEZ & LEIGH, LLP
                                           Two Shaw Alley, Third Floor
5                                          San Francisco, CA  94105
                                           Telephone:  (415) 512-2000
6
7                                          Robert C. Scheinfeld
                                           Jeffrey D. Sullivan
                                           Eliot D. Williams
8                                          Baker Botts L.L.P.
                                           30 Rockefeller Plaza, 44th Floor
9                                          New York, New York  10112-4498
                                           Telephone:  (212) 408-2500
10                                         Facsimile:  (212) 408-2501
                                           Admitted *Pro Hac Vice*
11
12                                         Attorneys for FUJI PHOTO FILM CO., LTD.
                                           and FUJI PHOTO FILM U.S.A., INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **SUPPORTING DECLARATION OF STEVEN CHERENSKY**

2    I, Steven Cherensky, declare as follows:

3    1.    I am an attorney admitted to practice in the State of California and the

4    United States District Court for the Northern District of California, and am a member of the firm

5    Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc.  The matters referred

6    to in this declaration are based on my personal knowledge and if called as a witness I could, and

7    would, testify competently to those matters.

8    2.    The factual representations made above in the above Stipulation are true.

9    The parties have met and conferred and agree that the schedule in this case should be extended, as

10   requested above, to permit the orderly completion of expert reports and discovery.

11   3.    There have not been any prior modifications to the September 25, 2006

12   Scheduling Order (Docket No. 26), which partially modified the August 22, 2006 Scheduling

13   Order (Docket No. 16).

14   I declare under penalty of perjury under the laws of the United States of America

15   that the foregoing is true and correct and that this declaration was executed on October 19, 2006

16   at Redwood Shores, California.

17               _____/s/ Steven Cherensky_____

18               Steven Cherensky

19

20

21

22

23

24

25

26

27

28

1

**[ ] ORDER**

2          The Stipulation To Case Schedule is hereby adopted by the Court as the Case

3   Management Order for the case, and the parties are ordered to comply with this Order.

4          IT IS SO ORDERED.

5   Dated: October __24__, 2006

6                                        The Honorable Martin J. Jenkins
                                         United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28