[APPEARANCES LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC. and ACCLAIM INNOVATIONS, LLC<br><br>       Plaintiffs-Counterclaim Defendants,<br><br>  v.<br><br>FUJI PHOTO FILM U.S.A., INC.,<br><br>       Defendant-Counterclaim Plaintiff. | Case No. 03-CV-00355 MJJ<br><br>**STIPULATION TO STAY CASES; [PROPOSED] ORDER** |
| FUJI PHOTO FILM CO., LTD. and FUJI PHOTO FILM U.S.A., INC.<br><br>       Plaintiffs-Counterclaim Defendants,<br><br>  v.<br><br>LEXAR MEDIA, INC.,<br><br>       Defendant-Counterclaim Plaintiff. | Case No. C-06-01571 MJJ |

WHEREAS currently pending before the Court is *Lexar Media, Inc. and Acclaim Innovations, LLC v. Fuji Photo Film U.S.A., Inc.*, Case No. 03-CV-00355 MJJ (the "Lexar Patent Action"), and *Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc v. Lexar Media, Inc.*, Case No. C-06-01571 MJJ (the "Fuji Patent Action");

WHEREAS the parties have entered into a Memorandum Of Understanding ("MOU") resolving the Lexar Patent Action and the Fuji Patent Action, but the parties require additional time to draft final formal agreements and fulfill certain conditions of the MOU before these cases are dismissed:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned actions, through their respective counsel undersigned, that:

The above-captioned litigations shall be stayed immediately until April 30, 2007 to allow the parties time to finalize all formal documents and perform all required conditions, including dismissals.  All pending calendar deadlines are likewise suspended indefinitely.

By his signature below, counsel for Lexar Media, Inc. and Acclaim Innovations, LLC attests under penalty of perjury that counsel for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc. concurs in the filing of this Stipulation.

| | |
|---|---|
| Dated: March 13, 2007 | /s/ *Steven Cherensky* |
| | Matthew D. Powers (Bar No. 104795) |
| | E-Mail: matthew.powers@weil.com |
| | Steven S. Cherensky (Bar No. 168275) |
| | E-Mail: steven.cherensky@weil.com |
| | Rip Finst (Bar No. 234478) |
| | Email: rip.finst@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| | |
| | Anita E. Kadala |
| | Email: anita.kadala@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 700 Louisiana, Suite 1600 |
| | Houston, Texas 77002 |
| | Telephone: (713) 546-5000 |
| | Facsimile: (713) 224-9511 |
| | Admitted *Pro Hac Vice* |
| | |
| | Jonathan M. James |
| | Email: jjames@perkinscoie.com |
| | PERKINS COIE LLP |
| | 2901 North Central Ave. |
| | Phoenix, AZ 85001-0400 |
| | Telephone: (602) 351-8000 |
| | Facsimile: (602) 351-7000 |
| | |
| | Stefani E. Shanberg |
| | Email: sshanberg@perkinscoie.com |
| | Dieter H. Hellmoldt |
| | Email: dhellmoldt@perkinscoie.com |
| | Lila I. Bailey |
| | Email: lbailey@perkinscoie.com |
| | PERKINS COIE LLP |
| | Four Embarcadero Ctr., Ste. 2400 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 344-7000 |
| | Facsimile: (415) 344-7050 |
| | |
| | Attorneys for LEXAR MEDIA, INC., and ACCLAIM INNOVATIONS, LLC |

| | |
|---|---|
| Dated: March 13, 2007 | /s/ *Jeffrey Sullivan* |

Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000

Robert C. Scheinfeld
E-Mail: robert.scheinfeld@bakerbotts.com
Jeffrey D. Sullivan
E-Mail: jeffrey.sullivan@bakerbotts.com
Eliot D. Williams
E-Mail: eliot.williams@bakerbotts.com
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
*Admitted Pro Hac Vice*

Attorneys for FUJI PHOTO FILM CO., LTD., and FUJI PHOTO FILM U.S.A., INC.

1                                  [~~PROPOSED~~] **ORDER**

2                 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4    Dated: _____3/14_____, 2007        _/s/ Martin J. Jenkins_____

5                                        The Honorable Martin J. Jenkins
                                             United States District Court Judge