1  [APPEARANCES LISTED ON SIGNATURE PAGE]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJI PHOTO FILM CO., LTD. and FUJI PHOTO FILM U.S.A., INC.<br><br>Plaintiffs,<br><br>v.<br><br>LEXAR MEDIA, INC.,<br><br>Defendant. | Case No. C-06-01571 MJJ<br><br>**STIPULATION OF DISMISSAL;** ~~[PROPOSED]~~ **ORDER** |

The parties to the above-entitled action, by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate to dismiss this action in its entirety, including each and every claim and counterclaim in their entireties WITH PREJUDICE. Each party shall bear its own costs, expenses and attorneys fees.

-1-

| | |
|---|---|
| | Respectfully submitted, |
| Dated:  April 18, 2007 | By: _____ /s/ Eliot D. Williams _____ |

Robert C. Scheinfeld
E-Mail: robert.scheinfeld@bakerbotts.com
Jeffrey D. Sullivan
E-Mail: jeffrey.sullivan@bakerbotts.com
Eliot D. Williams
E-Mail: eliot.williams@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
*Admitted Pro Hac Vice*

Matt Gonzalez (153486)
G. Whitney Leigh (153457)
Eumi K. Lee (209481)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, California  94105
Telephone:  (415) 512-2000

Attorneys for Plaintiffs,
FUJI PHOTO FILM CO., LTD. and
FUJI PHOTO FILM U.S.A., INC.

| | |
|---|---|
| Dated:  April 18, 2007 | By:_____ /s/ *Steven Cherensky* _____ |

Matthew D. Powers (Bar No. 104795)
E-Mail:  matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
E-Mail:  steven.cherensky@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala
E-Mail:  anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
*Admitted Pro Hac Vice*

Jonathan M. James
E-Mail: jjames@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue

1  
2  
3  

Phoenix, Arizona  85001  
Telephone:  (602) 351-8000  

Attorneys for Defendant,  
LEXAR MEDIA, INC.  

4  
5         [~~PROPOSED~~] ORDER

6     PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  
8   Dated: _____5/2_____, 2007      _____  
                                            The Honorable Martin J. Jenkins  
9                                           United States District Judge

10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

-3-